IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. CR402-111
)
LARRY SIMMONS )

O R D E R

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 15th day of December, 2017.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia